# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| **KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No. 3:15-cv-201** |
| **vs.** | ) ) | |
| **MICHAL GACH, ELENA AVDEEVA, VIVIAN AKOH, NGOZI NWAMARA, INTS PRIEKULIS, and KATE FAVOUR IWUOMA,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

THIS MATTER is before the Court on the Receiver's Notice of Voluntary Dismissal. Rule 41 of the Federal Rules of Civil Procedure provides that, subject to certain limitations, a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS, THEREFORE, ORDERED that the Receiver's Complaint is dismissed without prejudice as to all defendants in this action.

Signed: July 9, 2015

Graham C. Mullen
United States District Judge