# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAL GACH, ELENA AVDEEVA, VIVIAN AKOH, NGOZI NWAMARA, INTS PRIEKULIS, and KATE FAVOUR IWUOMA, <br><br> Defendants. | Civil Action No. 3:15-cv-201 |

## ORDER

THIS MATTER is before the Court on the Receiver's Notice of Voluntary Dismissal. Rule 41 of the Federal Rules of Civil Procedure provides that, subject to certain limitations, a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS, THEREFORE, ORDERED that the Receiver's Complaint is dismissed without prejudice as to all defendants in this action.

Signed: July 9, 2015

Graham C. Mullen
United States District Judge